IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DAMIEN STEELE, et al.,             )
                                   )
        Plaintiffs,                )
                                   )
vs.                                )   Civ. No. 05-2138-B/P
                                   )
RITE AID CORPORATION, et al.,      )
                                   )
        Defendants.                )
                                   )

### ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO WITHDRAW

Before the court is plaintiff's Motion to Withdraw, filed May 27, 2005. A review of the record shows that plaintiff did not comply with Local Rule 83.1(h) which states that

> no attorney of record may withdraw in any case except on written motion and court order. All motions for leave to withdraw shall include the reasons requiring withdrawal and the name and address of any substitute counsel. If the name of substitute counsel is not known, the motion shall set forth the name, address and telephone number of the client, as well as the signature of the client approving the withdrawal or a certificate of service on the client. Ordinarily, withdrawal will not be allowed if withdrawal will delay the trial of the action.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____



Therefore, plaintiff's motion is DENIED, without prejudice. The plaintiff may renew his motion by complying with Local Rule 83.1(h).

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

June 1, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02138 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Michael G. Floyd
FLOYD LAW FIRM
2129 Winchester Rd.
Memphis, TN 38116

Honorable J. Breen
US DISTRICT COURT