FILED BY _____ D.C.

05 JUL -5 PM 1: 59

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

| | |
|---|---|
| DAMIEN STEELE, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2138-BP |
| ) | Jury Trial Demanded |
| RITE AID CORP, et al. ) | |
| ) | |
| Defendants. ) | |

### CONSENT ORDER FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD

It appearing to the Court that, upon consent of the parties as evidenced by the signatures of their attorneys herein below, the time by which to serve an answer or other responsive pleading shall be set by agreement as August 12, 2005, for Defendants Rite Aid Corporation, Doris Jordan and Joseph Stein.

IT IS, THEREFORE, ORDERED, that the time by which to serve an answer or other responsive pleading shall set as August 12, 2005, for Defendants Rite Aid Corporation, Doris Jordan and Joseph Stein.

_____
JUDGE J. DANIEL BREEN

July 5, 2005
_____
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-6-05



APPROVED:

*Gerald S Green (by permission pep)*
Gerald S. Green
THE G. GREEN LAW PRACTICE, PLLC
147 Jefferson Avenue, Suite 800
Memphis, TN 38103
(901) 527-3193

Attorney for Plaintiffs

*[signature]*
Paul E. Prather
KIESEWETTER WISE KAPLAN
PRATHER, PLC
3725 Champion Hills Drive, Suite 3000
Memphis, Tennessee 38125
(901) 795-6695

Attorneys for Defendants Rite Aid Corporation,
Doris Jordan and Joseph Stein

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02138 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

---

Michael G. Floyd
FLOYD LAW FIRM
2129 Winchester Rd.
Memphis, TN 38116

Gerald S. Green
LAW OFFICE OF GERALD S. GREEN
147 Jefferson
Ste. 800
Memphis, TN 38103

Paul E. Prather
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Honorable J. Breen
US DISTRICT COURT