IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 31 PM 2: 05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| DAMIAN STEELE, QUINCY VALENTINE, and MARCUS BROWN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | CIVIL ACTION NO. 05-2138-BP |
| | ) | |
| RITE AID CORPORATION, DORIS JORDAN, ONE UNKNOWN RITE AID MANAGER (WAYNE), and JOSEPH STEIN, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER ADMITTING COUNSEL *PRO HAC VICE*

On adequate motion pursuant to this Court's Local Rule 83.1(b), it is **ORDERED** that

Sandra Kim of the law firm Ashe, Rafuse & Hill LLP is admitted to the Bar of this Court

specially for the purpose of acting as counsel for Defendants in this case.

_____
UNITED STATES DISTRICT JUDGE

August 30, 2005
_____
DATE OF SIGNATURE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-1-05

(10)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02138 was distributed by fax, mail, or direct printing on September 1, 2005 to the parties listed.

---

Michael G. Floyd
FLOYD LAW FIRM
2129 Winchester Rd.
Memphis, TN 38116

Gerald S. Green
LAW OFFICE OF GERALD S. GREEN
147 Jefferson
Ste. 800
Memphis, TN 38103

Paul E. Prather
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Sandra Kim
ASHE RAFUSE & HILL LLP
1355 Peachtree St., N.E.
Ste. 500
Atlanta, GA 30309--323

Honorable J. Breen
US DISTRICT COURT