UNITED STATES DISTRICT COURT   FILED BY  D.C.
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION   05 SEP 13 PM 5: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

DAMIEN STEELE, QUINCY )
VALENTINE, and MARCUS BROWN )
      Plaintiffs, )
 )
 )   Civil Action No. 05-2138-BP
v. )
 )
RITE AID CORPORATION, DORIS )
JORDAN, ONE UNKNOWN RITE AID )
MANAGER (WAYNE), and JOSEPH )
STEIN, )
      Defendants. )
 )

## SCHEDULING ORDER

    Pursuant to written notice, a scheduling conference was held between the parties, represented by counsel, on September 6, 2005. Present were Gerald Green, counsel for Plaintiffs, and Paul E. Prather, Daniel E. Turner, and Sandra Kim, counsel for defendant. At the conference, the following dates were established as the final dates for:

INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1):
September 29, 2005.

JOINING PARTIES: October 14, 2005.

AMENDING PLEADINGS: October 14, 2005.

INITIAL MOTIONS TO DISMISS: December 14, 2005.

COMPLETING ALL DISCOVERY: February 28, 2006.

    (a) DOCUMENT PRODUCTION: February 28, 2006.

    (b) DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR
        ADMISSIONS: February 28, 2006.

    (c) EXPERT WITNESS DISCLOSURE (Rule 26)

        (1)    DISCLOSURE OF PLAINTIFFS' RULE 26 EXPERT
                 INFORMATION: December 27, 2005.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-14-05

1



    (2)    DEFENDANTS' DEADLINE FOR DEPOSING PLAINTIFFS' EXPERT(S): January 28, 2006.

    (3)    DISCLOSURE OF DEFENDANTS' RULE 26 EXPERT INFORMATION: February 28, 2006.

    (4)    PLAINTIFFS' DEADLINE FOR DEPOSING DEFENDANTS' EXPERT(S): February 28, 2006.

FILING DISPOSITIVE MOTIONS: April 14, 2006.

RESPONSE TO DISPOSITIVE MOTIONS: To be filed no later than May 15, 2006.

OBJECTIONS TO EXPERTS: May 29, 2006.

REPLY IN SUPPORT OF DISPOSITIVE MOTIONS: June 5, 2006.

FINAL LISTS OF WITNESSES AND EXHIBITS UNDER RULE 26(a)(3): no later than 30 days prior to the date of trial. Each party will have 14 days after service of the final list of witnesses and exhibits to list objections pursuant to Rule 26(a)(3).

OTHER RELEVANT MATTERS:

    No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

    Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

    This case is set for jury trial, and the trial is expected to last 3-4 day(s). The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

    The parties are reminded that pursuant to Local Rule 7.2(a) (1) (A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

    The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party

believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE
DATE: September 13, 2005

3

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02138 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Paul E. Prather
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Sandra Kim
ASHE RAFUSE & HILL LLP
1355 Peachtree St., N.E.
Ste. 500
Atlanta, GA 30309--323

Gerald S. Green
LAW OFFICE OF GERALD S. GREEN
147 Jefferson
Ste. 800
Memphis, TN 38103

Michael G. Floyd
FLOYD LAW FIRM
2129 Winchester Rd.
Memphis, TN 38116

Honorable J. Breen
US DISTRICT COURT