IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 26 PM 4:04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| DAMIAN STEELE, QUINCY VALENTINE, and MARCUS BROWN, )<br><br>Plaintiffs, )<br><br>v. )<br><br>RITE AID CORPORATION, DORIS JORDAN, ONE UNKNOWN RITE AID MANAGER (WAYNE), and JOSEPH STEIN, )<br><br>Defendants. ) | CIVIL ACTION NO. 05-2138-BP |

## ORDER ADMITTING COUNSEL *PRO HAC VICE*

On adequate motion pursuant to this Court's Local Rule 83.1(b), it is **ORDERED** that Daniel E. Turner of the law firm Ashe, Rafuse & Hill LLP is admitted to the Bar of this Court specially for the purpose of acting as counsel for Defendants in this case.

_____
UNITED STATES DISTRICT JUDGE

September 26, 2005
DATE OF SIGNATURE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-27-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CV-02138 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Michael G. Floyd
FLOYD LAW FIRM
2129 Winchester Rd.
Memphis, TN 38116

Daniel E. Turner
ASHE & RAFUSE, LLP
1355 Peachtree St., NE
Ste. 500
Atlanta, GA 30309--323

Paul E. Prather
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Sandra Kim
ASHE RAFUSE & HILL LLP
1355 Peachtree St., N.E.
Ste. 500
Atlanta, GA 30309--323

Gerald S. Green
LAW OFFICE OF GERALD S. GREEN
147 Jefferson
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT